IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| 01 COMMUNIQUE LABORATORY, INC., | ) ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:10cv1007 |
| | ) | |
| LOGMEIN, INC., AND DELL, INC., | ) ) | |
| Defendants. | ) ) | |

### ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that Defendant LogMeIn, Inc.'s Motion for Claim Construction and Summary Judgment is GRANTED, Plaintiff's Motion for Summary Judgment on Defendant's Affirmative Defenses is DENIED, and this case is DISMISSED.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
May 4, 2011