UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| 01 COMMUNIQUE LABORATORY, INC. ) | |
| ) | |
| Plaintiff, ) | Case No. 1:10-cv-01007-CMH-TRJ |
| ) | |
| v. ) | |
| ) | |
| LOGMEIN, INC. ) | |
| ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Plaintiff 01 Communique Laboratory, Inc. hereby files this notice of appeal under 28 U.S.C. § 1295 to the United States Court of Appeals for the Federal Circuit from the final order entered in this action on May 4, 2011, and from all adverse interlocutory orders subsumed therein.

By filing electronically, Plaintiff has complied with the language of Rule 3(a) of the Federal Rules of Appellate Procedure requiring "enough copies of the notice to enable the clerk to comply with Rule 3(d)."

| | |
|---|---|
| Date: May 13, 2011 | __/s/ A. Neal Seth_____<br><br>BAKER & HOSTETLER LLP<br><br>A. Neal Seth (VSB 47394)<br>Bukola T. Aina (VSB 72685)<br>William C. Bergmann (pro hac vice)<br>Katherine L. McKnight (pro hac vice)<br><br>Washington Square, Suite 1100<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5304<br>(202) 861-1500<br>(202) 861-1783 (facsimile)<br>nseth@bakerlaw.com<br>ajsmith@bakerlaw.com<br><br>Thomas H. Shunk (pro hac vice)<br>Christina J. Moser (pro hac vice)<br><br>PNC Building, Suite 3200<br>1900 E. 9th Street<br>Cleveland, Ohio 44114<br>(216) 861-7592<br>(216) 696-0740 (facsimile)<br>tshunk@bakerlaw.com<br>cmoser@bakerlaw.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to attorneys of record.

    /s/ A. Neal Seth

BAKER & HOSTETLER LLP

A. Neal Seth (VSB 47394)
Bukola T. Aina (VSB 72685)
William C. Bergmann (pro hac vice)
Katherine L. McKnight (pro hac vice)

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
(202) 861-1500
(202) 861-1783 (facsimile)
nseth@bakerlaw.com
ajsmith@bakerlaw.com

Thomas H. Shunk (pro hac vice)
Christina J. Moser (pro hac vice)

PNC Building, Suite 3200
1900 E. 9th Street
Cleveland, Ohio 44114
(216) 861-7592
(216) 696-0740 (facsimile)
tshunk@bakerlaw.com
cmoser@bakerlaw.com