IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| 01 COMMUNIQUE LABORATORY, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:10CV1007 |
| LOGMEIN, INC., | ) |
| Defendant. | ) |

### ORDER

This matter comes before the Court on remand from the United States Court of Appeals for the Federal Circuit, it is hereby

ORDERED that this case is set for a hearing on Friday, October 19, 2012 at 10:00 a.m. for the purpose of scheduling further proceedings in this case.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
September 25, 2012