**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| 01 COMMUNIQUE LABORATORY, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LOGMEIN, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 1:10-cv-01007-CMH-TRJ |

**NOTICE OF HEARING DATE FOR DEFENDANT LOGMEIN, INC.'S RENEWED
MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT
IN LIGHT OF U.S. COURT OF APPEALS RULING**

**PLEASE TAKE NOTICE** that on Friday, November 2nd at 10:00 A.M., or as soon thereafter as counsel may be heard, Defendant LogMeIn, Inc. will move this Court for an Order granting LogMeIn's, Inc. Renewed Motion for Summary Judgment of Noninfringement in Light of U.S. Court of Appeals Ruling.

Dated:  October 15, 2012            Respectfully submitted,

WINSTON & STRAWN LLP

      /S/
Charles B. Molster, III
(VSB# 23613)
Attorney for Defendant LogMeIn, Inc.
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C.  20006
Tel.: (202) 282-5000
Fax:  (202) 282-5100
Email: cmolster@winston.com

Philip R. Seybold
(VSB# 73596)
Attorney for Defendant LogMeIn, Inc.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Tel.:  (202) 663-6000
Fax:  (202) 663-6363
Email: randy.seybold@wilmerhale.com

Wayne L. Stoner (admitted *pro hac vice*)
Vinita Ferrera (admitted *pro hac vice*)
Attorneys for Defendant LogMeIn, Inc.
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
Tel.:  (617) 526-6000
Fax:  (617) 526-5000
Email: wayne.stoner@wilmerhale.com
Email: vinita.ferrera@wilmerhale.com

Arthur W. Coviello (admitted *pro hac vice*)
Attorney for Defendant LogMeIn, Inc.
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94303
Tel.: (650) 858-6000
Fax: (650) 858-6100
Email: arthur.coviello@wilmerhale.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2012, I electronically filed the foregoing using the CM/ECF system, which will then send a notification of such filing to the following counsel of record:

A. Neal Seth
BAKER & HOSTETLER LLP
1050 Connecticut Ave, N.W.
Suite 1100
Washington, D.C.  20036
Tel.: 202-861-1500
Fax: 202-861-1783
Email: nseth@bakerlaw.com

/s/
_____
Charles B. Molster, III
(VSB# 23613)
Attorney for Defendant LogMeIn, Inc.
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C.  20006
Tel.: (202) 282-5000
Fax:  (202) 282-5100
Email: cmolster@winston.com