AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| 01 Communique Laboratory, Inc. <br> *Plaintiff* <br> v. <br> LogMeIn, Inc. <br> *Defendant* | ) <br> ) <br> ) Case No.  1:10-cv-01007-CMH-TRJ <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

01 Communique Laboratory, Inc. (formerly appearing pro hac vice)

Date: 10/29/2012

*Attorney's signature*

Katherine L. McKnight (VA Bar # 81482)
*Printed name and bar number*

BakerHostetler LLP
1050 Connecticut Avenue NW
Suite 1100
Washington, DC 20036
*Address*

kmcknight@bakerlaw.com
*E-mail address*

(202) 861-1618
*Telephone number*

(202) 861-1783
*FAX number*