IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| 01 COMMUNIQUE LABORATORY, INC., </br></br>    Plaintiff, </br></br> vs. </br></br> LOGMEIN, INC., </br></br>    Defendant. | Civil Action No. 1:10-cv-01007-CMH-TRJ |

**DECLARATION OF ALEXANDRA AMRHEIN IN SUPPORT OF DEFENDANT LOGMEIN'S REPLY BRIEF IN SUPPORT OF ITS RENEWED MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT IN LIGHT OF U.S. COURT OF APPEALS RULING**

I, Alexandra Amrhein, declare:

1.     I am an associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant LogMeIn, Inc. ("LogMeIn") in this matter.  I am a member of the bar of the Commonwealth of Massachusetts and am admitted to practice *pro hac vice* before this Court.  I submit this Declaration in support of LogMeIn's Reply Brief In Support Of Its Renewed Motion for Summary Judgment of Noninfringement in Light of U.S. Court of Appeals Ruling.  I make this Declaration of my own personal knowledge and could and would testify to the facts contained in this Declaration.

2.     Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the Brief of Plaintiff-Appellant 01 Communique Laboratory, Inc. before the Court of Appeals for the Federal Circuit in Appeal No. 2011-1403, dated July 25, 2011.

- 2 -

3. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of a letter from Thomas Shunk, Counsel for 01 Communique, to Judge Sara Lioi of the Northern District of Ohio, filed as Dkt. No. 234 in Case No. 1:06-cv-00253-SL, *01 Communique Laboratory, Inc. v. Citrix Systems, Inc.*, *et al.*, dated August 16, 2012.

4. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of a Request for Continued Examination from the prosecution history of the '479 Patent, dated June 10, 2004.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 31, 2012 in Boston, Massachusetts.

      /S/ Alexandra Amrhein    
        Alexandra Amrhein