**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| 01 COMMUNIQUE LABORATORY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:10-cv-01007-CMH-TRJ |
| ) | |
| LOGMEIN, INC. ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION TO PRECLUDE INTRODUCTION OF NEW INVALIDITY
CONTENTIONS AFTER DEADLINE**

Plaintiff 01 Communique Laboratory, Inc. ("01") respectfully moves this Court for an order precluding Defendant, LogMeIn, Inc., from introducing new invalidity contentions after the deadline for doing so and in violation of this Court's Rule 16(b) Scheduling Order. In support of this Motion, 01 submits the accompanying Memorandum.

Date: November 30, 2012　　　　　　　　　　　　　　/s/

BAKER & HOSTETLER LLP

John P. Corrado (VSB 20247)
Marc A. Antonetti (pro hac vice)
A. Neal Seth (VSB 47394)
Katherine L. McKnight (VSB 81482)

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
(202) 861-1500
(202) 861-1783 (facsimile)
nseth@bakerlaw.com
kmcknight@bakerlaw.com

Thomas H. Shunk (pro hac vice)

PNC Building, Suite 3200
1900 E. 9th Street
Cleveland, Ohio 44114
(216) 861-7592
(216) 696-0740 (facsimile)
tshunk@bakerlaw.com
cmoser@bakerlaw.com

*Attorneys for Plaintiff,*
*01 Communique Laboratory, Inc.*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion To Preclude Introduction Of New Invalidity Contentions After Deadline has been served electronically, on November 30, 2012, to the following counsel of record:

Philip R. Seybold
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
randy.seybold@wilmerhale.com
Attorney for LogMeIn, Inc.

Charles B. Molster III
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC 20006-3817
Tel: (202) 282-5000
Fax: (202) 282-5100
cmolster@winston.com

   /s/ *Katherine L. McKnight*

*Attorney for Plaintiff,*
*01 Communique Laboratory, Inc.*