Date: 12/14/12   Judge: <u>Thomas Rawles Jones, Jr.</u>
Reporter: <u>FTR</u>

Start: 9:30
Finish: 9:48

Civil Action Number: <u>1:10cv1007</u>

<u>01 Communique Laboratory, Inc.</u>

vs.

<u>Logmein, Inc. et al</u>

Appearances of Counsel for (X) Pltf (X) Deft
( ) Matter is uncontested
Motion to/for:
#203 – Plaintiff's Motion to File Under Seal Unredacted Copies of Exhibits to its Motion to Compel — Granted
#206 – Plaintiff's Motion to Compel — Granted
#210 – Deft Lomein, Inc.'s Motion to File Under Seal Unredacated Copies — Granted
#214 – Plaintiff's Motion to File Under Seal Unredacted Copy of Exhibit to its Combined Opposition to Defendant's Motion to Supplement and Reply in Support of Plaintiff's Motion to Preclude — Granted
#222 – Plaintiff's Motion to File Under Seal Unredacted Rebuttal Brief — Granted

Argued &
(X) Granted  ( ) Denied  ( ) Granted in part/Denied in part
( ) Taken Under Advisement  ( ) Continued to _____

(X) Order to Follow