IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| 01 COMMUNIQUE LABORATORY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:10cv1007 |
| | ) | |
| LOGMEIN, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

O R D E R

For the reasons stated from the bench, and in accord with specific rulings made at that time, it is

ORDERED as follows:

1. Plaintiff's motions to seal (nos. 203, 214, 222) and defendant's motion to seal (no. 210) are GRANTED.

2. Plaintiff's motion to compel (no. 206) is GRANTED.

ENTERED this 14th day of December, 2012.

/s/
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia