**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |
|---|---|
| 01 COMMUNIQUE LABORATORY, INC.,<br><br>   Plaintiff,<br><br>  vs.<br><br>LOGMEIN, INC.,<br><br>   Defendant. | Civil Action No. 1:10-cv-01007-CMH-TRJ |

**DEFENDANT LOGMEIN'S MOTION TO DISMISS FOR FAILURE TO JOIN AN INDISPENSABLE PARTY UNLESS WI-LAN IS JOINED AS A PLAINTIFF**

Pursuant to Rule 12(b)(7) and Rule 19(b) of the Federal Rules of Civil Procedure, Defendant LogMeIn, Inc. ("LogMeIn") moves to dismiss the Complaint filed by Plaintiff 01 Communique Laboratory, Inc. ("01") for failure to join an indispensable party. As set forth more fully in LogMeIn's memorandum in support of its motion to dismiss for failure to join an indispensable party, submitted concurrently herewith, 01 has failed to join a necessary party, Wi-LAN Inc., that holds substantial rights to the patent-in-suit. Wi-LAN's substantial rights to the patent-in-suit make it an indispensable party to the suit, and unless joined as a plaintiff, its absence warrants dismissal of 01's litigation against LogMeIn.

Dated:  January 3, 2013

Respectfully submitted,

WILMER CUTLER PICKERING HALE AND DORR LLP

/S/
Philip R. Seybold (VSB#73596)

1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel.:  (202) 663-6000
Fax:  (202) 663-6363
Email: randy.seybold@wilmerhale.com

Wayne L. Stoner (admitted *pro hac vice*)
Vinita Ferrera (admitted *pro hac vice*)
Rachel Gurvich (admitted *pro hac vice*)
Silena Paik (admitted *pro hac vice*)
Alexandra Amrhein (admitted *pro hac vice*)
Leslie Pearlson (admitted *pro hac vice*)
60 State Street
Boston, MA 02109
Tel.:  (617) 526-6000
Fax:  (617) 526-5000
Email: Wayne.Stoner@wilmerhale.com
Email: Vinita.Ferrera@wilmerhale.com
Email: Rachel.gurvich@wilmerhale.com
Email: Silena.Paik@wilmerhale.com
Email: Alexandra. Amrhein@wilmerhale.com
Email: Leslie.Pearlson@wilmerhale.com

Nathan Walker (admitted *pro hac vice*)
Arthur W. Coviello (admitted *pro hac vice*)
950 Page Mill Road
Palo Alto, CA 94304
Tel.:  (650) 858-6000
Fax:  (650) 858-6100
Email: Nathan.Walker@wilmerhale.com
Email: Arthur.Coviello@wilmerhale.com

Charles B. Molster, III
(VSB No. 23613)
WINSTON & STRAWN LLP
1700 K Street NW
Washington, D.C. 20006
Tel : (202) 282-5988

Fax : (202) 282-5100
Email: cmolster@winston.com

ActiveUS 104185320v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this January 3, 2013, the foregoing document was served electronically upon the following counsel of record:

A. Neal Seth
John P. Corrado
Katherine Lea McKnight
BAKER & HOSTETLER LLP
1050 Connecticut Ave. NW, Suite 1100
Washington, DC 20036
Tel.: (202) 861-1500
Email: nseth@bakerlaw.com
Email: jcorrado@bakerlaw.com
Email: kmcknightbakerlaw.com

*Attorneys for Plaintiff 01
Communique Laboratory, Inc.*

              /S/
Philip R. Seybold (VSB# 73596)

WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 2006
Tel.: (202) 663-6000
Fax: (202) 663-6363
Email: randy.seybold@wilmerhale.com

*Attorney for Defendant LogMeIn, Inc.*