**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |  |
|---|---|---|
| 01 COMMUNIQUE LABORATORY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 1:10-cv-01007-CMH-TRJ |
| | ) | |
| LOGMEIN, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF HEARING FOR DEFENDANT LOGMEIN'S MOTION TO DISMISS FOR
FAILURE TO JOIN AN INDISPENSABLE PARTY
<u>UNLESS WI-LAN IS JOINED AS A PLAINTIFF</u>**

PLEASE TAKE NOTICE that on January 18, 2013, at 10:00 a.m., or as soon thereafter

as counsel may be heard, Defendant LogMeIn, Inc. will move the Court for entry of an order

dismissing all claims by Plaintiff 01 Communique Laboratory, Inc. for failure to join an

indispensable party unless Wi-LAN Inc. is joined as a plaintiff.

Dated:  January 3, 2013

Respectfully submitted,

WILMER CUTLER PICKERING HALE
AND DORR LLP

/S/
Philip R. Seybold (VSB#73596)

1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel.:  (202) 663-6000
Fax:  (202) 663-6363
Email: randy.seybold@wilmerhale.com

Wayne L. Stoner (admitted *pro hac vice*)
Vinita Ferrera (admitted *pro hac vice*)
Rachel Gurvich (admitted *pro hac vice*)
Silena Paik (admitted *pro hac vice*)
Alexandra Amrhein (admitted *pro hac vice*)
Leslie Pearlson (admitted *pro hac vice*)
60 State Street
Boston, MA 02109
Tel.:  (617) 526-6000
Fax:  (617) 526-5000
Email: Wayne.Stoner@wilmerhale.com
Email: Vinita.Ferrera@wilmerhale.com
Email: Rachel.gurvich@wilmerhale.com
Email: Silena.Paik@wilmerhale.com
Email: Alexandra. Amrhein@wilmerhale.com
Email: Leslie.Pearlson@wilmerhale.com

Nathan Walker (admitted *pro hac vice*)
Arthur W. Coviello (admitted *pro hac vice*)
950 Page Mill Road
Palo Alto, CA 94304
Tel.:  (650) 858-6000
Fax:  (650) 858-6100
Email: Nathan.Walker@wilmerhale.com
Email: Arthur.Coviello@wilmerhale.com

Charles B. Molster, III
(VSB No. 23613)
WINSTON & STRAWN LLP
1700 K Street NW
Washington, D.C. 20006
Tel : (202) 282-5988

Fax : (202) 282-5100
Email: cmolster@winston.com

ActiveUS 104185377v.1

# CERTIFICATE OF SERVICE

I hereby certify that on this January 3, 2013, the foregoing document was served electronically upon the following counsel of record:


A. Neal Seth
John P. Corrado
Katherine Lea McKnight
BAKER & HOSTETLER LLP
1050 Connecticut Ave. NW, Suite 1100
Washington, DC 20036
Tel.: (202) 861-1500
Email: nseth@bakerlaw.com
Email: jcorrado@bakerlaw.com
Email: kmcknightbakerlaw.com

*Attorneys for Plaintiff 01*
*Communique Laboratory, Inc.*


_____/S/_____
Philip R. Seybold (VSB# 73596)

WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 2006
Tel.: (202) 663-6000
Fax: (202) 663-6363
Email: randy.seybold@wilmerhale.com

*Attorney for Defendant LogMeIn, Inc.*