# Exhibit 12

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| 01 COMMUNIQUE LABORATORY, INC., | |
| Plaintiff | |
| v. | Civil Action No. 1:10-cv-01007-CMH-TRJ |
| LOGMEIN, INC. | |
| | Judge Claude M. Hilton |
| Defendant. | Magistrate Judge Thomas Rawles Jones, Jr. |

**EXPERT REPORT OF HARRY F. MANBECK, JR.**

*[signature]*
Harry F. Manbeck, Jr.

February 4, 2011

facie case of unpatentability standard for judging materiality, although in litigation the prior reasonable examiner standard may also be applied.

### A. Mr. Cheung and Mr. Sheehan

46. I understand that Mr. Cheung and Mr. Sheehan became aware of the '888 Patent on or about January 30, 2007, when Accolade Systems, LLC ("Accolade") sued 01 and LogMeIn for infringement of the '888 Patent.

47. I have spoken with Mr. Cheung and Mr. Sheehan, and I understand that on or about January 31, 2007, Mr. Cheung and Mr. Sheehan reviewed the '888 Patent and noted many differences between the '888 Patent and the claims of the '479 Patent, including that the system disclosed in the '888 Patent does not work with dynamic IP addresses and publicly un-addressable dynamic LAN IP addresses. I understand that Mr. Cheung and Mr. Sheehan agreed that many differences existed.

48. Given these differences, Mr. Cheung and Mr. Sheehan concluded that the '888 Patent does not teach or suggest any invention claimed in the '479 Patent. I understand that the conclusions reached by Mr. Cheung and Mr. Sheehan have been confirmed by Dr. Ganger with the result that the '888 Patent does not anticipate or render obvious any invention claimed by the '479 Patent.

### B. Dr. Gregory Ganger

49. I have spoken to Dr. Ganger, and understand that he has determined that LogMeIn's technical expert, Dr. Samrat Bhattacharjee, has mischaracterized the disclosure of the '888 Patent and at least the following elements of the claims of the '479 Patent are not disclosed by the '888 Patent: