## ** CIVIL MOTION MINUTES **

Date: 1/18/13                                              Judge: Hilton
                                                           Reporter: Westfall
Time: 10:05 to 10:20

Civil Action Number:  1:10cv1007

01 Communique Laboratory, Inc. vs. Logmein, Inc., et al.

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| Neal Seth | Charles Molster |
| John Corrado | Wayne Stoner |
| Marc Antonetti | Leslie Pearlson |

Appearance of Counsel.

Pltf's [235] Motion for Summary Judgment – Denied; Dft's [241] Motion to Dismiss – Denied. Motions to Seal – Granted.