IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| 01 COMMUNIQUE LABORATORY, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:10-cv-1007 |
| LOGMEIN, INC., | ) ) | |
| Defendant. | ) | |

### ORDER

This matter comes before the Court on Plaintiff's Renewed Motion for Summary Judgment of No Inequitable Conduct in Light of Federal Circuit's *Therasense* Decision and Defendant's Motion to Dismiss for Failure to Join an Indispensable Party Unless Wi-Lan is Joined as a Plaintiff. For the reasons stated from the bench, it is hereby

ORDERED that both motions are DENIED.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
January 22, 2013