

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| 01 COMMUNIQUE LABORATORY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LOGMEIN, Inc., <br><br> Defendant. | Civil Action No. 1:10-cv-01007-CMH-TRJ |

**ORDER**

This matter came before the Court on the motion of Defendant LogMeIn, Inc. ("LogMeIn") to allow the filing under seal of its unredacted Memorandum in Support of its Motion to Dismiss for failure to join an indispensable party unless Wi-Lan is joined as a Plaintiff, as well as Exhibits A and D attached to the Declaration of Leslie Pearlson in support thereof.

It appearing to the Court that proper notice of this Motion to Seal has been provided, and upon consideration of the Motion to Seal, the pleadings filed herein, and the Court finding that the requirements of applicable rules and Fourth Circuit precedent are satisfied, it is hereby

ORDERED that the unredacted version of the Memorandum in Support of Defendant's Motion to Dismiss for failure to join an indispensable party unless Wi-Lan is joined as a Plaintiff, as well as the aforementioned exhibits, be filed and maintained UNDER SEAL in accordance with this Order until further order of the Court.

ENTERED this 22nd day of Jan., 2013.

/s/
Claude M. Hilton
United States District Judge