**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| 01 COMMUNIQUE LABORATORY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LOGMEIN, INC. ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:10-cv-01007-CMH-TRJ |

**DEFENDANT LOGMEIN, INC.'S AMENDED WITNESS LIST**

Defendant LogMeIn, Inc. ("LogMeIn") may call the witnesses listed below at the time of trial, either live or by deposition testimony. LogMeIn submits this amended witness list without waiving any of its rights, including the right to supplement this list in the event that any of the witnesses designated herein is or becomes unavailable to testify at trial, the right to modify this witness list based upon the Court's rulings on motions *in limine*, and the right to introduce the deposition testimony that LogMeIn has designated. LogMeIn also reserves the right to call any rebuttal witnesses.

1. Mr. Marton Anka
2. Dr. Samrat Bhattacharjee
3. Mr. Andrew Burton
4. Mr. Andrew Cheung
5. Mr. Christopher Gerardi
6. Mr. Stephen Kunin
7. Mr. Pedro Nascimento
8. Mr. Michael Simon

9. Mr. Brian Stringer

10. Any witness listed on Defendants' Witness List.

Dated: January 28, 2013

Respectfully submitted,

/S/
Charles B. Molster, III
(VSB No. 23613)
Attorney for Defendant LogMeIn, Inc.
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
Tel : (202) 282-5988
Fax : (202) 282-5100
Email: cmolster@winston.com

Wayne L. Stoner (admitted *pro hac vice*)
Vinita Ferrera (admitted *pro hac vice*)
Rachel Gurvich (admitted *pro hac vice*)
Silena Paik (admitted *pro hac vice*)
Alexandra Amrhein (admitted *pro hac vice*)
Leslie Pearlson (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
Email: Wayne.Stoner@wilmerhale.com
Email: Vinita.Ferrera@wilmerhale.com
Email: Rachel.Gurvich@wilmerhale.com
Email: Silena.Paik@wilmerhale.com
Email: Alexandra.Amrhein@wilmerhale.com
Email: Leslie.Pearlson@wilmerhale.com

Nathan Walker (admitted *pro hac vice*)
Arthur W. Coviello (admitted *pro hac vice*)
950 Page Mill Road
Palo Alto, CA 94304
Tel.: (650) 858-6000
Fax: (650) 858-6100
Email: Nathan.Walker@wilmerhale.com
Email: Arthur.Coviello@wilmerhale.com

- 2 -

Philip R. Seybold
(VSB#73596)
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
Email: randy.seybold@wilmerhale.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this January 28, 2013, the foregoing document was served electronically upon the following counsel of record:

A. Neal Seth
John P. Corrado
Katherine Lea McKnight
BAKER & HOSTETLER LLP
1050 Connecticut Ave. NW, Suite 1100
Washington, DC 20036
Tel.: (202) 861-1500
Email: nseth@bakerlaw.com
Email: jcorrado@bakerlaw.com
Email: kmcknightbakerlaw.com

*Attorneys for Plaintiff 01
Communique Laboratory, Inc.*

/S/_____
Charles B. Molster, III
(VSB No. 23613)
Attorney for Defendant LogMeIn, Inc.
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C.  20006
Tel : (202) 282-5988
Fax : (202) 282-5100
Email: cmolster@winston.com