**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| 01 COMMUNIQUE LABORATORY, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LOGMEIN, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 1:10-cv-01007-CMH-TRJ |

**DECLARATION OF LESLIE PEARLSON IN SUPPORT OF LOGMEIN, INC.'S
OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S CHIEF
TECHNICAL OFFICER TO APPEAR FOR TRIAL**

I, Leslie Pearlson, declare:

1. I am a senior associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant LogMeIn, Inc. ("LogMeIn") in this matter. I am a member of the bar of the Commonwealth of Massachusetts and am admitted to practice *pro hac vice* before this Court. I submit this Declaration in support of LogMeIn's Opposition to Plaintiff's Motion to Compel Defendant's Chief Technical Officer to Appear for Trial. I make this Declaration of my own personal knowledge and could and would testify to the facts contained in this Declaration.

2. Attached hereto as Exhibit 1 is a true and correct copy of the January 9, 2013 e-mail from Charles C. Carson to Alexandra Amrhein et al.

3. Attached hereto as Exhibit 2 is a true and correct copy of the January 14, 2013 e-mail from Rachel Gurvich to Charles C. Carson et al.

- 2 -

4.     Attached hereto as <u>Exhibit 3</u> is a true and correct copy of the February 4, 2013 Notice of Deposition *de bene esse* of Mr. Marton Anka for Use at Trial.

5.     Attached hereto as <u>Exhibit 4</u> is a true and correct copy of the February 4, 2013 Subpoena to Appear and Testify at a Hearing or Trial of Mr. Marton Anka.

6.     Attached hereto as <u>Exhibit 5</u> is a true and correct copy of LogMeIn Inc.'s Objections to 01 Communique Laboratory, Inc.'s Notice of de bene esse Deposition of Mr. Marton Anka, filed February 7, 2013.

7.     Attached hereto as <u>Exhibit 6</u> is a true and correct copy of the February 7, 2012 e-mail from Rachel Gurvich to Katherine L. McKnight.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 20, 2013 in Boston, Massachusetts.

_/s/_____
Leslie Pearlson