IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| 01 COMMUNIQUE LABORATORY, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 1:10-cv-01007-CMH-TRJ |
| LOGMEIN, INC. | ) |
| Defendant. | ) |

## PLAINTIFF'S AMENDED WITNESS LIST

Plaintiff 01 Communique Laboratory, Inc. ("01") may call the witnesses listed below at trial live or by deposition testimony. In light of the amended witness list submitted by defendant LogMeIn, Inc. ("LogMeIn") (*see*, ECF Nos. 258 and 274) removing Kenneth Sheehan as a witness for its case-in-chief, and LogMeIn's apparent decision not to rely on an argument that Mr. Sheehan's actions are a basis for its defense of inequitable conduct, 01 has removed Mr. Sheehan from its witness list as well, reserving the right to call Mr. Sheehan as a rebuttal witness if LogMeIn should change its position regarding its inequitable conduct defense. 01 submits this amended witness list without waiving any of its rights, and specifically reserves the right to supplement this list if any listed witness becomes unavailable to testify at trial or in view of this Court's rulings on motions in limine. 01 further reserves the right to introduce designated deposition testimony and the right to call any rebuttal or impeachment witnesses.

1. Robert M. Brlas
   1100 Connecticut Ave., NW, Suite 1310, Washington, DC 20036

2. Andrew Cheung
   1450 Meyerside Drive, Suite #500, Mississauga, Ontario L5T 2N5

3. Michael Cheung
   217 Pemberton Ave., Toronto, Ontario M2M 1Y9

4. Dr. Gregory R. Ganger
   Carnegie Mellon University, 5000 Forbes Ave., Pittsburgh, PA 15214

5. Dr. Andrew Grimshaw
   University of Virginia, 236C Olsson Hall, Charlottesville, VA 22904

6. Pedro Nascimento
   1450 Meyerside Drive, Suite #500, Mississauga, Ontario L5T 2N5

7. Brian Stringer
   1450 Meyerside Drive, Suite #500, Mississauga, Ontario L5T 2N5

8. Marton Anka (live as if on cross, or by deposition)
   500 Unicorn Park Drive, Woburn, MA 01801

9. Kevin Bardos (live as if on cross, or by deposition)
   500 Unicorn Park Drive, Woburn, MA 01801

10. Stephen Boyer (live as if on cross, or by deposition)
    500 Unicorn Park Drive, Woburn, MA 01801

11. Andrew Burton (live as if on cross, or by deposition)
    500 Unicorn Park Drive, Woburn, MA 01801

12. Michael J. Donahue (live as if on cross, or by deposition)
    500 Unicorn Park Drive, Woburn, MA 01801

13. Edward K. Herdiech (live as if on cross, or by deposition)
    500 Unicorn Park Drive, Woburn, MA 01801

14. James Kelliher (live as if on cross, or by deposition)
    500 Unicorn Park Drive, Woburn, MA 01801

15. Laura Pasquale (live as if on cross, or by deposition)
    500 Unicorn Park Drive, Woburn, MA 01801

16. Michael Simon (live as if on cross, or by deposition)
    500 Unicorn Park Drive, Woburn, MA 01801

17. Harry F. Manbeck, Jr.
    1460 Mayhurst Boulevard, McLean, VA 22102

18. An employee of Defendant to testify to the operation of the accused products (live as if on cross, or by *de bene esse* deposition)

19. An employee of Defendant to testify to the units, dollars, and profit associated with commercial distribution of the accused products (live as if on cross, or by *de bene esse* deposition)

20. Any witness needed to authenticate any document (live as if on cross, or by *de bene esse* deposition)

21. Any witness listed by Defendant in this civil action.

Date: February 21, 2013                     /s/

BAKER & HOSTETLER LLP

John P. Corrado (VSB 20247)
Marc A. Antonetti (pro hac vice)
A. Neal Seth (VSB 47394)
Katherine L. McKnight (VSB 81482)

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
(202) 861-1500
(202) 861-1783 (facsimile)
jcorrado@bakerlaw.com
mantonetti@bakerlaw.com
nseth@bakerlaw.com
kmcknight@bakerlaw.com

Thomas H. Shunk (pro hac vice)

PNC Building, Suite 3200
1900 E. 9th Street
Cleveland, Ohio 44114
(216) 861-7592
(216) 696-0740 (facsimile)
tshunk@bakerlaw.com

*Counsel for Plaintiff,*
*01 Communique Laboratory, Inc.*

3

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Plaintiff's Amended Witness List has been served electronically, on February 21, 2013, to the following counsel of record:

Philip R. Seybold
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
randy.seybold@wilmerhale.com

Charles B. Molster III
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC 20006-3817
Tel: (202) 282-5000
Fax: (202) 282-5100
cmolster@winston.com

*Counsel for LogMeIn, Inc.*

/s/ *Katherine L. McKnight*

*Counsel for Plaintiff,*
*01 Communique Laboratory, Inc.*