IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| 01 COMMUNIQUE LABORATORY, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 1:10-cv-01007-CMH-TRJ |
| LOGMEIN, INC., | ) |
| Defendant. | ) |

**DEFENDANT LOGMEIN'S MOTION IN LIMINE #1 TO PRECLUDE EVIDENCE OR ARGUMENT REGARDING "WILLFUL" INFRINGEMENT AND PRIVILEGED OPINIONS OF COUNSEL**

Defendant LogMeIn, Inc. ("LogMeIn") moves the Court to preclude 01 from presenting any evidence or argument concerning (1) alleged "willful" infringement by LogMeIn; or (2) LogMeIn's assertion of the attorney-client privilege over its opinions of counsel regarding the '479 patent. Further support for this Motion is detailed in the Memorandum in Support, filed herewith.

Dated: February 22, 2013

Respectfully submitted,

WILMER CUTLER PICKERING HALE
AND DORR LLP

/S/
Philip R. Seybold
(VSB No. 73596)
Attorney for Defendant LogMeIn, Inc.
WILMER CUTLER PICKERING HALE AND
DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
Email: randy.seybold@wilmerhale.com


Wayne L. Stoner (admitted *pro hac vice*)
Vinita Ferrera (admitted *pro hac vice*)
Rachel Gurvich (admitted *pro hac vice*)
Silena Paik (admitted *pro hac vice*)
Alexandra Amrhein (admitted *pro hac vice*)
Leslie Pearlson (admitted *pro hac vice*)
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
Email: Wayne.Stoner@wilmerhale.com
Email: Vinita.Ferrera@wilmerhale.com
Email: Rachel.Gurvich@wilmerhale.com
Email: Silena.Paik@wilmerhale.com
Email: Alexandra.Amrhein@wilmerhale.com
Email: Leslie.Pearlson@wilmerhale.com

Nathan Walker (admitted *pro hac vice*)
Arthur W. Coviello (admitted *pro hac vice*)
950 Page Mill Road
Palo Alto, CA 94304
Tel.: (650) 858-6000
Fax: (650) 858-6100
Email: Nathan.Walker@wilmerhale.com
Email: Arthur.Coviello@wilmerhale.com

        Charles B. Molster, III
        (VSB No. 23613)
        Attorney for Defendant LogMeIn, Inc.
        WINSTON & STRAWN LLP
        1700 K Street NW
        Washington, D.C. 20006
        Tel : (202) 282-5988
        Fax : (202) 282-5100
        Email: cmolster@winston.com

        *Attorneys for Defendant LogMeIn, Inc.*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this February 22, 2013, the foregoing document was served electronically upon the following counsel of record:

A. Neal Seth
John P. Corrado
Katherine Lea McKnight
BAKER & HOSTETLER LLP
1050 Connecticut Ave. NW, Suite 1100
Washington, DC 20036
Tel.: (202) 861-1500
Email: nseth@bakerlaw.com
Email: ajsmith@bakerlaw.com
Email: jcorrado@bakerlaw.com
Email: kmcknightbakerlaw.com

*Attorneys for Plaintiff 01 Communique Laboratory, Inc.*

                                                           _____/S/_____
                                                Philip R. Seybold
                                                (VSB# 73596)
                                                Attorney for Defendant LogMeIn, Inc.
                                                WILMER CUTLER PICKERING HALE
                                                AND DORR LLP
                                                1875 Pennsylvania Avenue NW
                                                Washington, DC 2006
                                                Tel.: (202) 663-6000
                                                Fax: (202) 663-6363
                                                Email: randy.seybold@wilmerhale.com