**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |
|---|---|
| 01 COMMUNIQUE LABORATORY, INC., ) ) Plaintiff, ) ) vs. ) ) LOGMEIN, INC., ) ) Defendant. ) ) | Civil Action No. 1:10-cv-01007-CMH-TRJ |

**DEFENDANT LOGMEIN'S MOTION IN LIMINE #2 TO EXCLUDE REFERENCE TO THE NON FINAL RESULTS OF, AND ACTIONS BY A THIRD PARTY IN, THE REEXAMINATION OF U.S. PATENT NO. 6,928,479**

Defendant LogMeIn, Inc. ("LogMeIn") moves the Court to preclude 01 from making any reference in front of the jury to the non-final determinations by the U.S. Patent and Trademark Office ("PTO") regarding, or actions by a third party in, the reexamination of U.S. Patent No. 6,928,479 ("the '479 patent"). Further support for this Motion is detailed in the Memorandum in Support, filed herewith.

Dated:  February 22, 2013              Respectfully submitted,

WILMER CUTLER PICKERING HALE
AND DORR LLP

/S/
Philip R. Seybold
(VSB No. 73596)
Attorney for Defendant LogMeIn, Inc.
WILMER CUTLER PICKERING HALE AND
DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel.:  (202) 663-6000
Fax:  (202) 663-6363
Email: randy.seybold@wilmerhale.com


Wayne L. Stoner (admitted *pro hac vice*)
Vinita Ferrera (admitted *pro hac vice*)
Rachel Gurvich (admitted *pro hac vice*)
Silena Paik (admitted *pro hac vice*)
Alexandra Amrhein (admitted *pro hac vice*)
Leslie Pearlson (admitted *pro hac vice*)
60 State Street
Boston, MA 02109
Tel.:  (617) 526-6000
Fax:  (617) 526-5000
Email: Wayne.Stoner@wilmerhale.com
Email: Vinita.Ferrera@wilmerhale.com
Email: Rachel.Gurvich@wilmerhale.com
Email: Silena.Paik@wilmerhale.com
Email: Alexandra.Amrhein@wilmerhale.com
Email: Leslie.Pearlson@wilmerhale.com

Nathan Walker (admitted *pro hac vice*)
Arthur W. Coviello (admitted *pro hac vice*)
950 Page Mill Road
Palo Alto, CA 94304
Tel.:  (650) 858-6000
Fax:  (650) 858-6100
Email: Nathan.Walker@wilmerhale.com
Email: Arthur.Coviello@wilmerhale.com

Charles B. Molster, III
(VSB No. 23613)
Attorney for Defendant LogMeIn, Inc.
WINSTON & STRAWN LLP
1700 K Street NW
Washington, D.C. 20006
Tel : (202) 282-5988
Fax : (202) 282-5100
Email: cmolster@winston.com

*Attorneys for Defendant LogMeIn, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this February 22, 2013, the foregoing document was served electronically upon the following counsel of record:

A. Neal Seth
John P. Corrado
Katherine Lea McKnight
BAKER & HOSTETLER LLP
1050 Connecticut Ave. NW, Suite 1100
Washington, DC 20036
Tel.: (202) 861-1500
Email: nseth@bakerlaw.com
Email: ajsmith@bakerlaw.com
Email: jcorrado@bakerlaw.com
Email: kmcknightbakerlaw.com

*Attorneys for Plaintiff 01
Communique Laboratory, Inc.*

                                                           _____/S/_____
                                                   Philip R. Seybold
                                                   (VSB# 73596)
                                                   Attorney for Defendant LogMeIn, Inc.
                                                   WILMER CUTLER PICKERING HALE
                                                   AND DORR LLP
                                                   1875 Pennsylvania Avenue NW
                                                   Washington, DC 2006
                                                   Tel.: (202) 663-6000
                                                   Fax: (202) 663-6363
                                                   Email: randy.seybold@wilmerhale.com