**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| 01 COMMUNIQUE LABORATORY, INC., | ) )  ) |
| Plaintiff, | ) ) |
| vs. | ) ) Civil Action No. 1:10-cv-01007-CMH-TRJ |
| LOGMEIN, INC., | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT LOGMEIN'S MOTION IN LIMINE #3 TO EXCLUDE EVIDENCE CONCERNING MODIFICATIONS TO LOGMEIN'S PRODUCTS TO PROVE INFRINGEMENT IN VIOLATION OF F.R.E. 407**

Defendant LogMeIn, Inc. ("LogMeIn") moves the Court to preclude any evidence or suggestion by 01 that the modification of LogMeIn's product architecture was done to avoid infringement, or that such modification could be construed as an alleged admission of infringement prior to the time that the modification change was implemented. Further support for this Motion is detailed in the Memorandum in Support, filed herewith.

Dated: February 22, 2013

Respectfully submitted,

WILMER CUTLER PICKERING HALE
AND DORR LLP

/S/
Philip R. Seybold
(VSB No. 73596)
Attorney for Defendant LogMeIn, Inc.
WILMER CUTLER PICKERING HALE AND
DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
Email: randy.seybold@wilmerhale.com

Wayne L. Stoner (admitted *pro hac vice*)
Vinita Ferrera (admitted *pro hac vice*)
Rachel Gurvich (admitted *pro hac vice*)
Silena Paik (admitted *pro hac vice*)
Alexandra Amrhein (admitted *pro hac vice*)
Leslie Pearlson (admitted *pro hac vice*)
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
Email: Wayne.Stoner@wilmerhale.com
Email: Vinita.Ferrera@wilmerhale.com
Email: Rachel.Gurvich@wilmerhale.com
Email: Silena.Paik@wilmerhale.com
Email: Alexandra.Amrhein@wilmerhale.com
Email: Leslie.Pearlson@wilmerhale.com

Nathan Walker (admitted *pro hac vice*)
Arthur W. Coviello (admitted *pro hac vice*)
950 Page Mill Road
Palo Alto, CA 94304
Tel.: (650) 858-6000
Fax: (650) 858-6100
Email: Nathan.Walker@wilmerhale.com
Email: Arthur.Coviello@wilmerhale.com

Charles B. Molster, III
(VSB No. 23613)
Attorney for Defendant LogMeIn, Inc.
WINSTON & STRAWN LLP
1700 K Street NW
Washington, D.C. 20006
Tel : (202) 282-5988
Fax : (202) 282-5100
Email: cmolster@winston.com

*Attorneys for Defendant LogMeIn, Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this February 22, 2013, the foregoing document was served electronically upon the following counsel of record:

A. Neal Seth
John P. Corrado
Katherine Lea McKnight
BAKER & HOSTETLER LLP
1050 Connecticut Ave. NW, Suite 1100
Washington, DC 20036
Tel.: (202) 861-1500
Email: nseth@bakerlaw.com
Email: ajsmith@bakerlaw.com
Email: jcorrado@bakerlaw.com
Email: kmcknightbakerlaw.com

*Attorneys for Plaintiff 01*
*Communique Laboratory, Inc.*

                _____/S/_____
                Philip R. Seybold
                (VSB# 73596)
                Attorney for Defendant LogMeIn, Inc.
                WILMER CUTLER PICKERING HALE
                AND DORR LLP
                1875 Pennsylvania Avenue NW
                Washington, DC 2006
                Tel.: (202) 663-6000
                Fax: (202) 663-6363
                Email: randy.seybold@wilmerhale.com