**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| 01 COMMUNIQUE LABORATORY, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 1:10-cv-01007-CMH-TRJ |
| LOGMEIN, INC., | ) |
| Defendant. | ) |

**DEFENDANT LOGMEIN'S MOTION IN LIMINE #6 TO READ UNDISPUTED
FACTUAL FINDINGS FROM THE COURT'S SUMMARY JUDGMENT
MEMORANDUM OPINION TO THE JURY AND PRECLUDE 01 FROM ARGUING
CONTRARY FACTS**

Defendant LogMeIn, Inc. ("LogMeIn") moves the Court to read findings of undisputed fact, determined by this court in its Summary Judgment Memorandum Opinion, to the jury and requests that 01 be precluded at trial from arguing or attempting to present evidence contrary to them. Further support for this Motion is detailed in the Memorandum in Support, filed herewith.

Dated: February 22, 2013

Respectfully submitted,

WILMER CUTLER PICKERING HALE AND DORR LLP

/S/ _____
Philip R. Seybold
(VSB No. 73596)
Attorney for Defendant LogMeIn, Inc.
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
Email: randy.seybold@wilmerhale.com


Wayne L. Stoner (admitted *pro hac vice*)
Vinita Ferrera (admitted *pro hac vice*)
Rachel Gurvich (admitted *pro hac vice*)
Silena Paik (admitted *pro hac vice*)
Alexandra Amrhein (admitted *pro hac vice*)
Leslie Pearlson (admitted *pro hac vice*)
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
Email: Wayne.Stoner@wilmerhale.com
Email: Vinita.Ferrera@wilmerhale.com
Email: Rachel.Gurvich@wilmerhale.com
Email: Silena.Paik@wilmerhale.com
Email: Alexandra.Amrhein@wilmerhale.com
Email: Leslie.Pearlson@wilmerhale.com

Nathan Walker (admitted *pro hac vice*)
Arthur W. Coviello (admitted *pro hac vice*)
950 Page Mill Road
Palo Alto, CA 94304
Tel.: (650) 858-6000
Fax: (650) 858-6100
Email: Nathan.Walker@wilmerhale.com
Email: Arthur.Coviello@wilmerhale.com

Charles B. Molster, III
(VSB No. 23613)
Attorney for Defendant LogMeIn, Inc.
WINSTON & STRAWN LLP
1700 K Street NW
Washington, D.C. 20006
Tel : (202) 282-5988
Fax : (202) 282-5100
Email: cmolster@winston.com

*Attorneys for Defendant LogMeIn, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this February 22, 2013, the foregoing document was served electronically upon the following counsel of record:

A. Neal Seth
John P. Corrado
Katherine Lea McKnight
BAKER & HOSTETLER LLP
1050 Connecticut Ave. NW, Suite 1100
Washington, DC 20036
Tel.: (202) 861-1500
Email: nseth@bakerlaw.com
Email: ajsmith@bakerlaw.com
Email: jcorrado@bakerlaw.com
Email: kmcknightbakerlaw.com

*Attorneys for Plaintiff 01*
*Communique Laboratory, Inc.*

                                                            _____/S/_____
                                                         Philip R. Seybold
                                                         (VSB# 73596)
                                                         Attorney for Defendant LogMeIn, Inc.
                                                         WILMER CUTLER PICKERING HALE
                                                         AND DORR LLP
                                                         1875 Pennsylvania Avenue NW
                                                         Washington, DC 2006
                                                         Tel.: (202) 663-6000
                                                         Fax: (202) 663-6363
                                                         Email: randy.seybold@wilmerhale.com