**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| 01 COMMUNIQUE LABORATORY, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 1:10-cv-01007-CMH-TRJ |
| | ) |
| LOGMEIN, INC. | )   JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

### PLAINTIFF'S MOTION TO EXCLUDE DEFENDANT'S EXPERT TESTIMONY

Plaintiff 01 Communique Laboratory, Inc. ("01") respectfully moves this Court for an order, pursuant to the United States Supreme Court's decision in *Daubert v. Merrell Dow Pharmaceuticals* and the Federal Rules of Evidence 402, 403, and 702, excluding certain expert testimony prepared by Defendant LogMeIn, Inc. ("LogMeIn").  In support of this Motion, 01 submits the accompanying Memorandum.

Date: February 22, 2013             _____/s/_____

BAKER & HOSTETLER LLP

John P. Corrado (VSB 20247)
Marc A. Antonetti (pro hac vice)
A. Neal Seth (VSB 47394)
Katherine L. McKnight (VSB 81482)

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5304
(202) 861-1500
(202) 861-1783 (facsimile)
jcorrado@bakerlaw.com
mantonetti@bakerlaw.com
nseth@bakerlaw.com
kmcknight@bakerlaw.com

Thomas H. Shunk (pro hac vice)

PNC Building, Suite 3200
1900 E. 9th Street
Cleveland, Ohio  44114
(216) 861-7592
(216) 696-0740 (facsimile)
tshunk@bakerlaw.com

*Counsel for Plaintiff,*
*01 Communique Laboratory, Inc.*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion To Exclude Defendant's Expert Testimony

has been served electronically, on February 22, 2013, to the following counsel of record:

Philip R. Seybold
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
randy.seybold@wilmerhale.com

Charles B. Molster III
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC 20006-3817
Tel: (202) 282-5000
Fax: (202) 282-5100
cmolster@winston.com

Counsel for LogMeIn, Inc.


          /s/ A. Neal Seth


          *Counsel for Plaintiff,*
          *01 Communique Laboratory, Inc.*