IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
MAR 1 2 2013
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

01 COMMUNIQUE LABORATORY, )
INC., )
 )
    Plaintiff, )
 )
v. )  Civil Action No. 1:10-cv-1007
 )
LOGMEIN, INC., )
 )
    Defendant. )

## ORDER

This matter comes before the Court on Plaintiff's Motion to Bifurcate, Plaintiff's Motion to Exclude Defendant's Expert Testimony as to Stephen Kunin, and requests 2 and 3 of Plaintiff's Motion in Limine concerning the preclusion of Defendant LogMeIn, Inc. from the introduction of argument or evidence regarding the prior lawsuit or settlement agreement between Accolade and Plaintiff 01 Communique Laboratory, Inc., regarding an unrelated patent. It is hereby

    ORDERED that

    1.  Plaintiff's Motion to Bifurcate is DENIED;

    2.  Plaintiff's Motion to Exclude the testimony of Stephen Kunin is DENIED, as it goes to the weight to be given rather than the admissibility of the testimony;

3. Requests 2 and 3 of Plaintiff's Motion in Limine are DENIED to be raised at the time of trial.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
March 12, 2013