**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| 01 COMMUNIQUE LABORATORY, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:10-cv-01007-CMH-TRJ |
| ) | |
| vs. ) | |
| ) | |
| LOGMEIN, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT LOGMEIN, INC.'S MOTION FOR LEAVE TO FILE VIDEO EXHIBITS**

Defendant LogMeIn, Inc. ("LogMeIn") respectfully requests that this Court enter an Order allowing LogMeIn to file video exhibits burned on compact disc, and attached as Exhibit A to the Declaration of Nathan Walker in support of its Opposition to Plaintiff 01 Communique Laboratory, Inc.'s Motion to Present at Trial Video Exhibits (Dkt. No. 420). In support of this Motion, LogMeIn submits the accompanying Memorandum.

Dated:  March 13, 2013

Respectfully submitted,

WILMER CUTLER PICKERING HALE AND DORR LLP

/S/
Philip R. Seybold
(VSB No. 73596)
Attorney for Defendant LogMeIn, Inc.
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel.:  (202) 663-6000
Fax:  (202) 663-6363
Email:  randy.seybold@wilmerhale.com


Wayne L. Stoner (admitted *pro hac vice*)
Vinita Ferrera (admitted *pro hac vice*)
Rachel Gurvich (admitted *pro hac vice*)
Silena Paik (admitted *pro hac vice*)
Alexandra Amrhein (admitted *pro hac vice*)
Leslie Pearlson (admitted *pro hac vice*)
60 State Street
Boston, MA 02109
Tel.:  (617) 526-6000
Fax:  (617) 526-5000
Email:  Wayne.Stoner@wilmerhale.com
Email:  Vinita.Ferrera@wilmerhale.com
Email:  Rachel.Gurvich@wilmerhale.com
Email:  Silena.Paik@wilmerhale.com
Email:  Alexandra.Amrhein@wilmerhale.com
Email:  Leslie.Pearlson@wilmerhale.com

Nathan Walker (admitted *pro hac vice*)
Arthur W. Coviello (admitted *pro hac vice)*
950 Page Mill Road
Palo Alto, CA 94304
Tel.:  (650) 858-6000
Fax:  (650) 858-6100
Email:  Nathan.Walker@wilmerhale.com
Email:  Arthur.Coviello@wilmerhale.com

             Charles B. Molster, III
             (VSB No. 23613)
             Attorney for Defendant LogMeIn, Inc.
             WINSTON & STRAWN LLP
             1700 K Street, N.W.
             Washington, D.C. 20006
             Tel:  (202) 282-5988
             Fax:  (202) 282-5100
             Email:  cmolster@winston.com


             *Attorneys for Defendant LogMeIn, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this March 13, 2013, the foregoing document was served electronically upon the following counsel of record:

A. Neal Seth
John P. Corrado
Katherine Lea McKnight
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, N.W., Suite 1100
Washington, D.C. 20036
Tel.: (202) 861-1500
Email: nseth@bakerlaw.com
Email: jcorrado@bakerlaw.com
Email: kmcknightbakerlaw.com

*Attorneys for Plaintiff 01
Communique Laboratory, Inc.*

    /S/
Philip R. Seybold
(VSB# 73596)
Attorney for Defendant LogMeIn, Inc.
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 2006
Tel.: (202) 663-6000
Fax: (202) 663-6363
Email: randy.seybold@wilmerhale.com