# CIVIL JURY TRIAL PROCEEDINGS

| | | |
|---|---|---|
| Date:    3/26/13 | Case No:   1:10cv01007 | Commenced: 10:00-11:30 |
| | | AM Break: 11:45-12:00 |
| | | To Jury: 1:45 |
| Before the Honorable:  Claude M. Hilton | | Jury Returned: 3:45 |
| Court Reporters:  Linnell | | Ended: 3:55 |

## 01 Communique Laboratory, Inc. v. LogMeIn, Inc.

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| John Corrado | Vinita Ferrera |
| Neal Seth | Charles Molster |
| Katherine McKnight | Wayne Stoner |
| William DeVinney | |
| Marc Antonetti | |
| Thomas Shunk | |
| Loura Alaverdi | |

THIS MATTER CAME ON FOR FURTHER TRIAL BY JURY. APPEARANCE OF PARTIES AND COUNSEL.

Court indicated that the question of laches, inequitable conduct, and equitable estoppel will be ruled on by the Court.

Jury verdict form addressed with counsel. Counsel to make corrections and submit a revised version.

Closing arguments heard

The Court charged the jury and the jury retired to deliberate (@ 12:45)

The jury had a question re: the Court's definition of a location facility. Definition of location facility read to jury and the jury returned to continue deliberations.

The jury returned to the courtroom (@ 3:45) w/a verdict as follows: Question 1 - Re: Infringement by Original LogMeIn Architecture - No infringement of claim 24 of the '479 patent, in favor of the defendant, LogMeIn; Question 2 – Re: Infringement by Modified LogMeIn Architecture – No infringement of claim 24 of the '479 patent, in favor of the defendant, LogMeIn. Question 4: Re: validity - finding validity of claim 24 of the '479 patent, in favor of the Plaintiff, 01 Communique.

Post-trial motions to be filed within 28 days.