## 1. INFRINGEMENT BY ORIGINAL LOGMEIN ARCHITECTURE

Do you find that Plaintiff 01 has proven by a preponderance of the evidence that the original architecture of Defendant LogMeIn's accused products infringed claim 24 of the '479 patent?

_____ YES (finding of infringement in favor of 01)

\_\_X\_\_ NO (finding of non-infringement in favor of LogMeIn)

## 2. INFRINGEMENT BY MODIFIED LOGMEIN ARCHITECTURE

Do you find that 01 has proven by a preponderance of the evidence that the modified architecture of LogMeIn's accused products infringes claim 24 of the '479 patent?

_____ YES (finding of infringement in favor of 01)

\_\_X\_\_ NO (finding of non-infringement in favor of LogMeIn)

## 3. WILLFUL INFRINGEMENT

If you answered yes to questions 1 or 2, has 01 proven by clear and convincing evidence that any infringement by LogMeIn was willful?

_____ YES (finding of willfulness in favor of 01)

_____ NO (finding of no willfulness in favor of LogMeIn)

## 4. VALIDITY

Do you find that LogMeIn has proven by clear and convincing evidence that claim 24 of the '479 patent is invalid?

_____ YES (finding of invalidity in favor of LogMeIn)

\_\_X\_\_ NO (finding of validity in favor of 01)

**If you answered YES to question 1 or 2 on infringement, and answered NO to question 4 on validity, then proceed to question 5 on damages.**

## 5. DAMAGES

If you find that LogMeIn has infringed claim 24 of the '479 patent and that claim 24 is valid, then what is the proper amount of damages to be awarded to 01?

$ N/A

March 26, 2013

REDACTED