# United States District Court
### EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| 01 COMMUNIQUE LABORATORY, INC. | JUDGMENT IN A CIVIL CASE |
| Plaintiff | |
| V. | CASE NUMBER: 1:10-cv-1007 |
| LOGMEIN, INC. | |
| Defendant | |

[**X**] **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[  ] **Decision of the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in favor of the Defendant, LogMeIn, Inc. on the issue of infringement, and in favor of the Plaintiff, 01 Communique Laboratory, Inc. on the issue of validity.

   This Judgment is entered in accordance with the jury verdict, dated March 26, 2013.

| | |
|---|---|
| April 2, 2013 | FERNANDO GALINDO |
| Date | Clerk |
| | /s/ Patricia Armentrout |
| | (By) Deputy Clerk |