IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

```
01 COMMUNIQUE LABORATORY,     )
INC.,                         )
                              )
        Plaintiff,            )
                              )
v.                            )    Civil Action No. 1:10-cv-1007
                              )
LOGMEIN, INC.,                )
                              )
        Defendant.            )
```

FILED
JUN 25 2013
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby

ORDERED that

1.  Plaintiff's Combined Motion for Judgment as a Matter of Law as to infringement under Fed. R. Civ. P. 50, or in the alternative New Trial as to infringement under Fed. R. Civ. P. 59, and for Correction of Judgment under Fed. R. Civ. P. 52 and 58 is DENIED;

2.  Defendant's Renewed Motion for Judgment as a Matter of Law as to invalidity under Fed. R. Civ. P. 50 is DENIED;

3.  Defendant's Motion for Judgment of Unenforceability under Fed. R. Civ. P. 52 and 58 based on inequitable conduct is DENIED due to this Court's finding of no

inequitable conduct, and U.S. Patent No. 6,928,479 is

enforceable; and

4. Defendant's Conditional Motion for New Trial on

invalidity and unenforceability under Fed. R. Civ. P. 59 is

DENIED as moot based on the rulings above.


/s/
_____
Claude M. Hilton
United States District Judge

Alexandria, Virginia
June 25, 2013