Form 7

**FORM 7.   Appeal Information Sheet**

# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

[✓] United States District Court for the <u>Eastern District of Virginia - Alexandria Division</u>

[ ] United States Court of International Trade

[ ] United States Court of Federal Claims

[ ] United States Court of Appeals for Veterans Claims

Type of case: <u>Patent Infringement</u>

01 Communique Laboratory, Inc. v. Logmein, Inc. and *Dell, Inc.

(List all parties. Use an asterisk to indicate dismissed or withdrawn parties. Use a separate sheet if needed. Explain any discrepancy with the caption used on the judgment, order, or opinion.)

Docket No. <u>1:10cv1007</u>                Date of Judgment or Order <u>03/12/13, 04/02/13, 06/25/13</u>

Cross or related appeal? _____        Date of Notice of Appeal    <u>06/26/13</u>

Appellant is: [✓] Plaintiff    [ ] Defendant    [ ] Other (explain) _____

FEES:   Court of Appeals docket fee paid?        [✓] Yes    [ ] No

    U.S. Appeal?                [ ] Yes    [✓] No

    In forma pauperis?            [ ] Yes    [✓] No

Is this matter under seal?    [ ] Yes    [✓] No   **Portions Under Seal **

COUNSEL: (List name, firm, address, and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if needed.)

| | |
|---|---|
| A. Neal Seth<br>Baker & Hostetler LLP (DC)<br>1050 Connecticut Ave., NW<br>Suite 1100<br>Washington, DC  20036<br>(202) 861-1500<br>Counsel for 01 Communique Laboratory, Inc. | Philip Randolph Seybold<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>1875 Pennsylvania Ave., NW<br>Washington, DC  20006<br>(202) 663-6000<br>Counsel for Logmein, Inc. |

COURT REPORTER: (Name and telephone):   FTR, Tracy Westfall (703) 549-2080, Norman Linnell (703) 549-4626

IMPORTANT: Attach a copy of the judgment or order appealed from and any supporting opinion or memorandum. Forward together with a copy of the notice of appeal and certified docket entries.

Clerk of Court<br>United States Court of Appeals for the Federal Circuit<br>717 Madison Place, NW<br>Washington, DC  20439

122