# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1479

01 COMMUNIQUE LABORATORY, INC.,

Plaintiff-Appellant,

v.

LOGMEIN, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the Eastern District of Virginia in case no. 10-CV-1007, Judge Claude M. Hilton.

Authorized Abbreviated Caption[2]

01 COMMUNIQUE LABORATORY V LOGMEIN, INC., 2013-1479

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.